No. 77–5993.  SMITH v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5998.  ANDERSON v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–6001.  SMITH v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–6004.  YOUNG v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–6007.  MILLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–6010.  ANTHONY ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 77–6011.  DELGADILLO-AYALA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No 77–6012.  SHEPARD v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–6021.  HEGWOOD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6034.  SAVAGE-EL v. ARNOLD, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 77–6040.  GARCIA v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 77–6041.  EHNES v. FLYNN ET AL.  C. A. 10th Cir. Certiorari denied.

No. 77–6042.  BEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–6043.  PEARSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.